IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTURO SILVA, ID # 01986356, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:18-CV-0049-L (BH) |
| ) | |
| LORI DAVIS, Director, ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | |

## ORDER

By *Special Order No. 3-251*, this habeas case has been referred for findings, conclusions and recommendation. On February 26, 2018, it was recommended that this action be dismissed for failure to prosecute or follow court orders because the petitioner had failed to comply with an order that he provide a properly signed certificate of inmate trust account in support of his *Application to Proceed In Forma Pauperis,* received January 9, 2018 (doc. 5), or pay the $5.00 filing fee. (*See* doc. 7.) On April 2, 2018, the petitioner's filing fee was received. Because the petitioner has now paid the filing fee, and the February 26, 2018 findings, conclusions, and recommendation have not yet been accepted, they are hereby **VACATED**, and the *Application to Proceed In Forma Pauperis,* received January 9, 2018 (doc. 5), is **DEEMED MOOT**.

    **SIGNED this 4th day of April, 2018.**

                                                      IRMA CARRILLO RAMIREZ
                                                    UNITED STATES MAGISTRATE JUDGE